■ SARAH GREENE, Respondent, v. L & F EAST 13TH ST. CORP., Defendant-Appellant and Third-Party Plaintiff-Appellant. MAINTENANCE COMPANY, INC., Third-Party Defendant-Respondent.— Judgment in favor of plaintiff in the sum of $12,743 and dismissing third-party complaint unanimously modified, on the law and on the facts, to vacate and sever so much of the judgment as grants recovery to plaintiff and grant a new trial, with costs to defendant-appellant, unless plaintiff stipulates to accept $7,000 in lieu of the award by verdict, in which event the judgment so modified is affirmed, with costs to defendant-appellant, and costs to third-party defendant against defendant-appellant. In this personal injury action it is evident that the verdict is excessive and that the record cannot sustain a verdict of more than $7,000. Settle order on notice. Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ HOFFMAN MOTOR CAR CO., INC., Appellant, v. JAGUAR CARS LTD., Defendant, and JAGUAR CARS, NORTH AMERICAN CORPORATION, Respondent.— Order, entered on November 23, 1960, so far as appealed from, unanimously affirmed on the opinion of Mr. Justice McGIVERN at Special Term, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.